IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS BRASIER, | CV 19–112–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The preliminary pretrial conference set for April 22, 2021, is VACATED.

DATED this 31st day of March, 2021.

Donald W. Molloy, District Judge
United States District Court